```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLIP SULLIVAN JR., on behalf of himself
and all others similarly situated,

                Plaintiff,

    - against -

NYP HOLDINGS, INC.,

                Defendant.

---

Case No. 18-cv-02131-RA

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff Phillip Sullivan Jr. hereby voluntarily dismisses, with prejudice, his complaint against Defendant NYP Holdings, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear responsibility for their respective fees and costs.

LEE LITIGATION GROUP, PLLC

By: _____
    C.K. Lee, Esq.
30 East 39th Street, Second Floor
New York, New York 10016
Tel: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

*Attorneys for Plaintiff Phillip Sullivan Jr.*

DAVIS WRIGHT TREMAINE LLP

By: _____
    John M. Magliery, Esq.
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6444
Fax: (212) 379-5212
johnmagliery@dwt.com

*Attorneys for Defendant NYP Holdings, Inc.*

SO ORDERED:

_____
Ronnie Abrams, U.S.D.J.
September 17, 2018

4829-3869-5538v.1 3930033-000121